## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

GALEN FOURAKER,

                Plaintiff,

      vs.

BNSF RAILWAY COMPANY, Individually
and as Successor-in-Interest to;

              Defendant.

**8:11CV425**

**ORDER OF DISMISSAL**

      IT IS ORDERED that the Stipulation of Dismissal With Prejudice as to Plaintiff, Galen Fouraker, ECF No. 27, is adopted and this action is dismissed with prejudice and with each party to bear his or its own incurred costs.

      Dated April 22, 2013.

                BY THE COURT:

                Warren K. Urbom
                United States Senior District Judge